[No. 2380–3. Division Three. April 11, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
JAMES WAMBACH, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 5132, B. E. Kohls, J., entered March

31, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson, C.J., and Green, J.